**Dismissed and Memorandum Opinion filed July 23, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00276-CV

---

## RENE D. MORSE, Appellant

## V.

## BEN  NEWMAN, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1123479**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed April 1, 2019. The clerk's record was filed, April 2, 2019. No brief was filed.

On June 11, 2019, this court issued an order stating that unless appellant filed a brief on or before July 11, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.